## *Gordon, Delić & Associates*

Luke Gordon            ISB No. 10681
Damir Delić            ISB No. 10680
950 W. Bannock St. Ste 600
Boise, ID 83702
Telephone:    (208) 938-8500
Facsimile:    (208) 938-8503
E-mail:       luke@gordondelic.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In re: | CHAPTER 7 |
|---|---|
| **RUSSELL, MARK LOWERY and RUSSELL, LAURA DEATON** | Case No. **19-00293-JMM** |
| Debtor(s). | **MOTION TO REOPEN CLOSED CHAPTER 7 BANKRUPTCY CASE** |

   COMES NOW Mark Lowery Russell and Laura Deaton Russell, Debtors above named, by and through their undersigned counsel and pursuant to §350(b) the United States Bankruptcy Code and hereby move this Court for an Order reopening their Chapter 7 Bankruptcy case as follows:

   Debtors filed for relief under Title 11 of the United States Bankruptcy Code on March 20th, 2019 and received an Order of Discharge on July 1st, 2019.

   The Debtors have a Judicial Lien against their real property located at 2577 S. Trailwood Way, Boise, ID 83716. The Judicial Lien was filed before the Debtors filed for bankruptcy relief and this lien impairs Debtors' Exemption and the ability to refinance the property. Upon re-opening of this case, Debtors will file the necessary Motion to Avoid Judicial Lien and upon completion of that matter Debtors will move the Court to re-close the case.

WHEREFORE, Debtors pray that:

This Court enter an Order reopening Debtors' Chapter 7 Bankruptcy Case No. 19-00293-JMM for the reasons as set forth herein.

DATED this 6th day of December, 2021.

                                              Gordon, Delić & Associates
                                              Attorneys for Debtors

                                              /s/ *Luke Gordon*
                                              Luke Gordon, ISB 10681
                                              Attorney for the Debtors

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on Monday, December 06, 2021, I filed the foregoing MOTION TO REOPEN CLOSED CASE electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

US Trustee          ustp.region18.bs.efc@usdoj.gov
Noah G. Hillen      ngh@hillenlaw.com

    AND I FURTHER CERTIFY that on Thursday, December 2, 2021, I served or caused to be served the foregoing Motion to Reopen Closed Chapter 7 Bankruptcy Case on the following non-CM/ECF Registered Participants via U.S. Mail, Postage Prepaid:

Sheila R. Schwager
sschwager@hawleytroxell.com
Brent R. Wilson
bwilson@hawleytroxell.com
877 Main Street, Suite 1000
Boise, ID 83702

DATE: December 6, 2021

                                          By: /s/ ***Luke Gordon***
                                                Attorney for Debtor